IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GREENBRIER GRAPHICS, LLC**
a West Virginia limited liability company,

      Plaintiff,

v.   ///   Civil Action No.: 1:10-cv-00037-IMK

**INFORMATIK, INC.**,
a Pennsylvania corporation,

      Defendant.

### NOTICE OF VOLUNTARY DISMISSAL

**NOW COMES** the Plaintiff, Greenbrier Graphics, LLC, a West Virginia limited liability company, by and through its counsel, Bowles Rice McDavid Graff & Love LLP, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, and there having been no answer, motion for summary judgment or other responsive pleading filed by the Defendant herein, does hereby voluntarily dismiss this civil action, in its entirety, without prejudice.

      **GREENBRIER GRAPHICS, LLC,**
      **Plaintiff**

      **By Counsel**

  /s/ Paul E. Parker, III
Andrew G. Fusco (WV Bar No. 1317)
Paul E. Parker, III (WV Bar No. 2813)
Jason M. Walls (WV Bar No. 9931)
BOWLES RICE McDAVID GRAFF & LOVE LLP
2400 Cranberry Square
Morgantown, WV 26508
304.594.1000 (telephone)
304.594.1181 (facsimile)

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

**GREENBRIER GRAPHICS, LLC**
a West Virginia limited liability company,

      Plaintiff,

v.   ///   Civil Action No.:  1:10-cv-00037-IMK

**INFORMATIK, INC.,**
a Pennsylvania corporation,

      Defendant.

## CERTIFICATE OF SERVICE

    I hereby certify that on the 14th day of April, 2010, I electronically filed the foregoing "Notice of Voluntary Dismissal" with the Clerk of the Court using the CM/ECF system, and that on the same date I mailed, by United States Postal Service, first class, postage prepaid, a true and exact copy of the foregoing document to the following non-CM/ECF participant:

      Joseph Buchmann, President
      Informatik, Inc.
      304 Heritage Place
      Devon, PA 19333

        ___/s/ Paul E. Parker, III_____
        Paul E. Parker, III (WV Bar No. 2813)
        Counsel for Plaintiff

2965746.1